# UNITED STATES DISTRICT COURT
для the
Eastern District of Wisconsin

In the Matter of the Search of:

The premises located at 6450 N. 106th St, Milwaukee, Wisconsin and a vehicle described as a 2004 Silver Saturn Vue, VIN: 5GZCZ53434S829586. See Attachments A1 and A2.

Case No. 19-866M(NJ)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

The premises located at 6450 N. 106th St, Milwaukee, Wisconsin and a vehicle described as a 2004 Silver Saturn Vue, VIN: 5GZCZ53434S829586. See Attachments A1 and A2.

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE _June 5, 2019_ (not to exceed 14 days)
☒ in the daytime between 6:00 a.m. and 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Hon. Nancy Joseph
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for ____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _May 22, 2019_          _____
                                                *Judge's signature*

City and State: Milwaukee, Wisconsin          Hon. Nancy Joseph, U.S. Magistrate Judge
                                                *Printed Name and Title*

AO 93 (mod. 5/14) Search and Seizure Warrant

| Return | | |
|---|---|---|
| Case No: 19-866 m (NJ) | Date and time warrant executed: 5/22/19 3:55 pm | Copy of warrant and inventory left with: |

Inventory made in the presence of:
SA Lee Chartier, FBI

Inventory of the property taken and/or name of any person(s) seized:

1.) Lenovo Laptop
2.) Motorola XT1625 IMEI 354124073733644
3.) Toshiba Satellite S/N YB208265K
4.) HTC Cell Phone - white
5.) Samsung Tablet S/N R52FA0TAQ0R
6.) Samsung Galaxy SPH-L900 MEID DEC 256691456804493844
7.) HP Laptop TPN-Q151 S/N 5CD6202RS4
8.) HTC Cell Phone - white HTCD200L SKU HTC D200LVWPP
9.) Kodak essyshare ZD8612 S/N KCXKL83102384

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 6/11/2019

_Executing officer's signature_

Lee Chartier Special Agent
_Printed name and title_

Subscribed, sworn to, and returned before me this date:

Date: 6/11/2019

_United States Magistrate Judge_

## ATTACHMENT A
### (Property to be Searched)

- The premises located at **6450 N. 106th St, Milwaukee, Wisconsin ("PREMISES")**, more fully described in **Attachment A1** (attached hereto and incorporated herein).

- A vehicle described as a 2004 Saturn Vue, Silver, VIN: 5GZCZ53434S829586 as more fully described in **Attachment A2** (attached hereto and incorporated herein).

## Attachment A1
Premises to be Searched

The premises to be searched is 6450 N. 106th St., Milwaukee, Wisconsin, which includes the curtilage, and any garages and outbuildings on the curtilage. The residence is a two-story multi-unit bearing a combination of yellowish siding and brick façade, with white shutters and a black roof. The driveway is located to the right of the home (facing the home). The front of the house provides entry to two separate addresses (6448 N. 106th St. and 6450 N. 106th St.). The entrance to 6450 106th St. is located to the left. Attachment A1 includes photographs of the house.



2




3

## ATTACHMENT A2
## Description of Vehicle to be Searched

The vehicle to be searched is described as a 2004 Saturn Vue, Silver, VIN: 5GZCZ53434S829586. Attachment A2 includes photographs of the vehicle located in the driveway of 6450 N. 106th St., Milwaukee, Wisconsin.



4

## ATTACHMENT B

### Items to be Seized

### A. Evidence, Fruits, and Instrumentalities of the Subject Offenses

This Warrant authorizes law enforcement agents and officers to enter the search locations specified in **Attachments A1 and A2**, including, where necessary, by means of trespass over private property, and to search for and seize from the locations specified in **Attachments A1 and A2** evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 1030 (Fraud and Related Activity in Connection with a Computer) and 875 (Interstate Communications) (the "Subject Offenses") described as follows:

1. Photographs, videos, or other personal information regarding known or potential victims;

2. All mobile telephones, smart phones, personal computers, tablet devices, other communication devices, and electronic and digital media, including compact discs, computer hard drives, SIM cards, and thumb drives, including the data stored within these devices;

3. Records, information and property concerning indicia of use, ownership, possession, or control of the search locations described in **Attachment A1 and A2**, and the items located within **Attachment A1 and A2**, including without limitation, utility and telephone bills, mail envelopes, addressed correspondence, diaries, statements, identification documents, address books, telephone directories, and keys;

4. Keys, storage combinations, passwords, and paperwork which indicate any other storage containers or facilities that could contain evidence of the Subject Offenses.

5

B. **Search and Seizure of Electronically Stored Information**

The items to be searched and seized from the search locations described in **Attachment A1 and A2** also include any computer devices and storage media that may contain any electronically stored information falling within the categories set forth in Section A of this Attachment above (and includes the seizure of such electronically stored information contained within), including, but not limited to, desktop and laptop computers, cellular telephones/smart phones, disk drives, routers, modems, thumb drives, personal digital assistants, digital cameras, and scanners, network equipment (the "Subject Devices"). In lieu of seizing any such computer devices or storage media, this warrant also authorizes the copying of such devices or media for later review.

The items to be seized from the search locations described in **Attachments A1 and A2** also include:

1. evidence of who used, owned, or controlled the Subject Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

2. evidence indicating how and when the Subject Devices were accessed or used to determine the chronological context of device access, use, and events relating to crime under investigation and to the device user;

3. evidence indicating the Subject Device user's state of mind as it relates to the crime under investigation;

6

4. evidence of software that would allow others to control the Subject Devices, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

5. evidence of the lack of such malicious software;

6. evidence of the attachment to the Subject Devices of other storage devices or similar containers for electronic evidence;

7. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the Subject Devices;

8. evidence of the times the Subject Devices was used;

9. passwords, encryption keys, and other access devices that may be necessary to access the Subject Devices

10. documentation and manuals that may be necessary to access the Subject Devices or to conduct a forensic examination of the Subject Devices;

11. records of or information about Internet Protocol addresses used by the Subject Devices (including port numbers);

12. records of or information about the Subject Devices' Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

13. all location history associated with the Subject Device;

14. contextual information necessary to understand the evidence described in this attachment.

7

## Definitions

1. As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

2. The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

3. The term "storage medium" includes any physical object upon which computer data can be recorded  Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

4. During the course of the search, photographs of the searched items and/or premises may also be taken to record the condition thereof and/or the location of items therein.